NUMBER 13-04-136-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE: OBRA HOMES, INC. AND DAVID CANTU

 

 

 

                      On Petition for
Writ of Mandamus 

 

 

 

                     MEMORANDUM OPINION

 

                       Before Justices Yañez, Castillo and Garza

                            Per Curiam
Memorandum Opinion[1]

                    

Relators Obra Homes, Inc. and
David Cantu filed a petition for writ of mandamus in the above cause on March
16, 2004.  On March 26, 2004, the Court
requested a response from 
the real parties in interest, Consuelo Cuellar and Carlos
Cuellar.








The Court, having
examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relators
have not shown themselves entitled to the relief sought and that the requests should be denied.  See Tex.
R. App. P. 52.8(a).  The petition for writ of mandamus is DENIED. 

 

PER CURIAM

Memorandum Opinion  delivered and
filed

this
the 3rd day of August  2005.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

2











[1] 
See Tex. R. App. P. 47.1.